Bernard Brown, for appellant; Wm. A. Goldman, of counsel; John P. Coghlan, for appellee; Edward Wolfe, of counsel. Opinion by JUSTICE FEINBERG. **Not to be published in full.** Opinion filed December 4, 1950; released for publication December 19, 1950.

## City of Chicago, Appellee, v. Alex Pielet, Appellant.

### Gen. No. 45,200.

Litsinger, Gatenbey & Spuller, for appellant; Andrew W. Gatenbey and John D. Clancy, Jr., of counsel; John J. Mortimer, Acting Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, and John L. Steffens, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE FEINBERG. **Not to be published in full.** Opinion filed December 4, 1950; released for publication December 19, 1950.

## United Manufacturing Company, Appellee, v. Mitchell Novelty Company, Appellant.

### Gen. No. 45,231.